SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No:  CR 03-443-ABC                    Date: Jan. 31, 2005

=====================================================================

PRESENT: HONORABLE AUDREY B. COLLINS, US DISTRICT JUDGE

| Daphne Alex | Katherine Stride | Antonie Raphael |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: _____

=====================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1) Virgil Ray Hood | 1) Darlene Ricker |
| X pres  X custody  __bond | X pres  X apptd  __retnd |

ENTER ON ICMS
FEB - 2 2005

PROCEEDINGS:   SENTENCING - after guilty plea, ct. 1
The defendant is given an opportunity to speak and does. IT IS ORDERED that the defendant shall pay to the United States a Special Assessment of $100.00, which is due immediately.  IT IS FURTHER ORDERED that the defendant shall pay restitution in the total amount of $531.20, pursuant to 18 USC 3663A.  The amount of restitution ordered shall be paid to the following aggrieved parties, in the following amounts, to: Hollywood Celebrity Hotel, the amount of $91.20; R. Porter, the amount of $440.00.  If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in this judgment.  If any amount of restitution remains unpaid after release from custody, monthly installments of at least $25,00, shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision.  Pursuant to 18 USC 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest.  Payments may be subject to penalties for default and delinquency pursuant to 18 USC 3612(g).  The defendant shall comply with General Order 01-05.  Pursuant to Section 5E1.2(e) of the guidelines, all fines are waived, as it is found that the defendant does not have the ability to pay a fine in addition to restitution.  IT IS THE JUDGMENT OF THE COURT that the defendant is committed to the custody of the Bureau of Prisons a period of twelve (12) months, or TIME SERVED, on ct. 1.  Upon release from imprisonment, the defendant shall be placed on Supervised Release a term of three (3) years, on ct. 1, under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the US Probation Office and General Order 318; 2) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer.  The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; 3) during the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer; 4) the defendant shall participate in mental health treatment, which may include evaluation and counseling until discharged from the treatment by the treatment provider, with the

------------------------continued on page two------------------------

approval of the Probation Officer; 5) as directed by the Probation Officer, the defendant shall pay all or part of the costs for defendant's drug treatment and mental health treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer; 6) the Probation Officer shall disclose the Presentence Report, and/or any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence Report), to State or local social service agencies (such as the State of California, Department of Social Services), for the purpose of the client's rehabilitation; 7) during the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment. The Court states the justification of sentence on the record. The Court notes the defendant has waived his appeal rights. The defendant is advised of the appeal rights. On the motion of the government, ct. 2, is ORDERED dismissed. The Court ORDERS a FORTHWITH release. Release order prepared.

cc: PSALA
    USPO
    US Marshal
    Fiscal

MINUTES FORM 6
CRIM - GEN                                                    Initials of Deputy Clerk DA